UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GORKEM SOMAYSOY,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALANNA OW, et al.,<br><br>    Defendants. | Case No. SA CV 8:20-01609 JWH (ADSx)<br><br>ORDER AUTHORIZING PARTIES TO FILE CERTIFIED ADMINISTRATIVE RECORD UNDER SEAL<br><br>Honorable John W. Holcomb<br>United States District Judge |

Upon consideration of the parties' Stipulation to File Certified Administrative Record Under Seal, and good cause appearing therefore, this Court authorizes the parties to file the Certified Administrative Record under seal.

**IT IS SO ORDERED.**

DATED: August 11, 2021

_____
Honorable John W. Holcomb
United States District Judge