JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORKEM SOMAYSOY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALANNA OW, Dir. USCIS;<br>TERRI A. ROBINSON, Dir. USCIS;<br>CHAD WOLF, Act. Sec., DHS;<br>WILLIAM BARR, A.G.; and<br>KENNETH CUCCINELLI, USCIS,<br><br>　　　　　Defendants. | Case No. 8:20-01609-JWH-ADSx<br><br>**JUDGMENT** |

Pursuant to the "Order (1) Granting In Part and Denying In Part Plaintiff's Motion for Summary Judgment [ECF No. 27] and (2) Granting In Part and Denying In Part Defendants' Motion for Summary Judgment [ECF No. 29]," and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading of Plaintiff Gorkem Somaysoy is his "Complaint for Declaratory and Injunctive Relief" [ECF No. 1] (the "Complaint"). In his Complaint, Somaysoy asserts the following claims for relief: (1) violation of the Administrative Procedure Act (the "APA"), 5 U.S.C. §§ 701 *et seq.*; (2) violation of 5 U.S.C. §§ 553 *et seq.*; and (3) violation of the APA § 705.

3. On Somaysoy's first claim for relief for violation of the APA, Somaysoy shall have **JUDGMENT** in his favor and against Defendants Alanna Ow, Director of USCIS; Terri Robinson, Director of the USCIS; Chad Wolf, Acting Secretary of the Department of Homeland Security; William Barr, Attorney General; and Kenneth Cuccinelli of the USCIS (collectively, "Defendants"). The Court sets aside the decision of the United States Citizenship and Immigration Services dated July 10, 2019, denying Somaysoy's I-485 Application, as a violation of the APA.

4. On Somaysoy's second claim for relief for violation of 5 U.S.C. §§ 553 *et seq.*, Defendants shall have **JUDGMENT** in their favor and against Somaysoy. Somaysoy shall take nothing by way of his second claim for relief for violation of 5 U.S.C. §§ 553 *et seq.*

5. Somaysoy's third claim for relief for violation of APA § 705 is **DISMISSED as moot**.

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: July 6, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE